IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS BAUZO RODRIGUEZ,<br>MIGUEL MIRANDA SALGADO, JAN CARLO MIRANDA,<br>MARIA ELENA MIRANDA,<br>MARIBEL RODRIGUEZ, EDWIN RODRIGUEZ,<br>JAVIER RAMOS, and HERMINIO DIAZ<br><br>Plaintiffs<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>DEPARTMENT OF JUSTICE, SECRETARY OF JUSTICE<br>ANABELLE RODRIGUEZ, ENVIRONMENTAL AND<br>NATURAL RESOURCES DEPARTMENT, MR. RAMON<br>MARTINEZ (in his official and personal capacities), MR.<br>CRAIG LIL YESTROM (in his official and personal capacities),<br>MR. JOSE BERRIOS (in his official and personal<br>capacities), INSURANCE COMPANY ABC, and JOHN DOE<br><br>Defendants | CIVIL NO. 04-1516(HL) |

# ORDER

Plaintiffs have informed the Court that plaintiff Miguel Miranda has died and request that, pursuant to Fed. R. Civ. P. 25, the Court order that he be substituted by his successors in this action, to wit: Miguel Miranda Salgado, Jan Carlo Miranda, and María Elena Miranda.

WHEREFORE, all premises considered, plaintiffs' Motion for Substitution of Party (Docket No. 53) is hereby **GRANTED**. The Clerk shall amend the record of this case to reflect the substitution of the deceased party by his successors as indicated above. Further, the parties shall likewise caption all pleadings filed before the Court to reflect said substitution.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of March, 2006.

s/ Héctor M. Laffitte
HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE